### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

DALE BROWN,

                Plaintiff,

vs.                                  Case No. 3:13-cv-216-J-34TEM

AUDIO IMAGES INTERNATIONAL, INC.,
a Florida for-profit company, DONNA L.
REED, and PHILIP L. AXT, JR.,

                Defendants.

_____

### O R D E R

**THIS CAUSE** is before the Court on Magistrate Judge Thomas E. Morris' Report and

Recommendation (Dkt. No. 24; Report), entered on August 6, 2013, recommending that the

Second Joint Motion for Approval of Revised Settlement Agreement, and For Dismissal With

Prejudice (Dkt. No. 23; Motion) be granted, that the Court approve the parties' settlement,

and that this case be dismissed with prejudice. See Report at 3. On August 7, 2013, the

parties filed a notice advising the Court that they have no objections to the Report and

Recommendation. See Joint Notice to the Court That the Parties Have No Objections to the

Magistrate Judge's Report and Recommendation (Dkt. No. 25).

      The Court "may accept, reject, or modify, in whole or in part, the findings or

recommendations made by the magistrate judge."  28 U.S.C. § 636(b).  If no specific

objections to findings of facts are filed, the district court is not required to conduct a de novo

review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see

<u>also</u> 28 U.S.C. § 636(b)(1).  However, the district court must review legal conclusions <u>de novo</u>.  <u>See</u> <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>United States v. Rice</u>, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

The Court has conducted an independent examination of the record in this case and a <u>de novo</u> review of the legal conclusions.  Plaintiff filed suit against Defendants pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (FLSA), seeking recovery of unpaid overtime.  <u>See</u> Complaint (Dkt. No. 1).  Thereafter, the parties engaged in settlement negotiations, which resulted in a resolution of the issues and claims raised in this case.  <u>See</u> Motion (Dkt. No. 23).  Upon review of the record, including the Report, Motion, and Revised Settlement Agreement, the undersigned concludes that the settlement represents a "reasonable and fair" resolution of Plaintiff's FLSA claims.  Accordingly, the Court will accept and adopt Judge Morris' Report.

In light of the foregoing, it is hereby **ORDERED:**

1.      Magistrate Judge Thomas E. Morris' Report and Recommendation (Dkt. No. 24) is **ADOPTED** as the opinion of the Court.

2.      The Second Joint Motion for Approval of Revised Settlement Agreement and for Dismissal With Prejudice (Dkt. No. 23) is **GRANTED**.

3.      For purposes of satisfying the FLSA, the Revised Settlement Agreement is **APPROVED**.

4.      This case is **DISMISSED WITH PREJUDICE**.

5.    The Clerk of the Court is directed to terminate any pending motions or deadlines as moot and close this file.

**DONE AND ORDERED** in Jacksonville, Florida, this 16th day of August, 2013.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record